[No. 55403-4-I.   Division One.   May 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. S.S., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-8-00192-9, Charles W. Mertel, J., entered December 15, 2004. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid and Dwyer, JJ.

[No. 55453-1-I.   Division One.   May 30, 2006.]

KAZI Z. SHARIF, *Appellant,* v. BONITA E. LEAHY ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-02417-1, James D. Cayce, J., entered November 23, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55764-5-I.   Division One.   May 30, 2006.]

*In the Matter of the Estate of* NELS ERIK JENSEN.

CHRISTY DIEMOND ET AL., *Appellants,* v. LARRY D. STOUT, *as Personal Representative, Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-4-00392-5, Charles Snyder, J., entered January 25, 2005. *Reversed* by unpublished opinion per Appelwick, C.J., concurred in by Coleman and Grosse, JJ.

[No. 55818-8-I.   Division One.   May 30, 2006.]

THOMAS W. AVERILL, *Appellant,* v. CIBER, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 01-2-31743-1, Michael J. Fox, J., entered January 28, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Schindler, A.C.J., and Dwyer, J.